*February 5, 1935.*

POPLAWSKI, Appellant, vs. ARNOLD ELECTRIC COMPANY and others, Respondents.

For the appellant: *Wallace Ingalls, Walter E. Anderson,* and *Foley & Brach,* all of Racine.

For the respondents Arnold Electric Company and George C. Schmitz: *Hand & Quinn* of Racine.

For the respondent Russell A. Blish: *Vilas H. Whaley* of Racine.

*By the Court.*—Judgment affirmed.

HAAS and another, Appellants, vs. RACINE HOTEL COMPANY, Respondent.

For the appellants: *Wilbershide & Baumblatt* of Racine.

For the respondent: *Gittings, Janecky & Buelow* of Racine.

*By the Court.*—Judgment affirmed.

*March 5, 1935.*

SORENSEN and wife, Appellants, vs. VYVYAN and wife, Respondents.

For the appellants: *Beck, Smith & Heft* of Racine.

For the respondents: *Wilbershide & Baumblatt* of Racine.

*By the Court.*—Judgment affirmed.